UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GERALD HESSELL**

       **Plaintiff,**           CASE NO. <u>04-74033</u>

**v.**           HONORABLE PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

**CRAIG HUTCHINSON, M.D.**

       **Defendant.**

_____/

### ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

       AT A SESSION of said Court, held in the Theodore Levin Courthouse, in the City of Detroit, State of Michigan, on the <u>twenty-ninth</u> day of <u>September, 2004</u>

       PRESENT:   THE HONORABLE PAUL D. BORMAN
                             United States District Judge

       **The Court having signed a stipulated order starting a stay of proceedings in this civil action; and it further appearing to the Court that such stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will be either voluntarily dismissed by the parties or abandoned by the parties without notice to the Court; and there appearing to be no further reason at this time to maintain the file as an open one for statistical purposes;**

       **IT IS ORDERED that the Clerk close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.**

So Ordered.

                                                  s/Paul D. Borman
                                                  **PAUL D. BORMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

**Dated: September 29, 2005**

**CERTIFICATE OF SERVICE**

**Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2005.**

                                                s/Jonie Parker
                                                **Case Manager**